> Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered and your assistance is appreciated by the Court.

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in MCR 1.201. Comments on this proposal may be sent to the Supreme Court clerk within 60 days after it is published in the Michigan Bar Journal.

*Rehearing Denied August 21, 1987:*

OTTAWA COUNTY CLERK v OTTAWA COUNTY BOARD OF COMMISSIONERS, No. 77335. Reported *ante,* 300.

*Leave to Appeal From Attorney Discipline Board Denied August 28, 1987:*

GRIEVANCE ADMINISTRATOR v LEPLEY, No. 80960.